UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

SHREVEPORT DIVISION

| | |
|---|---|
| ERIC ALLEN | CIVIL ACTION NO. 12-2994-P |
| VERSUS | JUDGE WALTER |
| ROBERT RACHAL, ET AL. | MAGISTRATE JUDGE HORNSBY |

## ORDER

For the reasons assigned in the Report and Recommendation of the Magistrate Judge previously filed herein, and having thoroughly reviewed the record, and noting the lack of written objections filed by Plaintiff and concurring with the findings of the Magistrate Judge under the applicable law;

**IT IS ORDERED** that the motion for temporary restraining order and preliminary injunction (Doc. 17) is **DENIED.**

**THUS DONE AND SIGNED** at Shreveport, Louisiana, this 28 day of January 2014.

DONALD E. WALTER
UNITED STATES DISTRICT JUDGE